VOSKA, FOELSCH & SIDLO, Inc., R[e]spondent, v. MANCHESTER MARBLE C[O.,] Appellant. (Supreme Court, Appellate Div[i]sion, First Department. March 18, 1910.) A[c]tion by Voska, Foelsch & Sidlo, Incorporate[d]

ainst the Manchester Marble Company. B. Kraus, for appellant. C. Trosk, for respondent. No opinion. Order affirmed, with 0 costs and disbursements. Order filed.